# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2627

_____

BHANU PRASAD,

    Appellant,

    v.

COMPUTER SCIENCE RESEARCH
EDUCATION AND APPLICATIONS,
d/b/a CSREA, a Georgia
company, and HAMID REZA
ARABNIA, individually, and ASHU
SOLO a/k/a A.M.G. SOLO,
individually,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

October 4, 2019

PER CURIAM.

    AFFIRMED.

RAY, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Gary Lee Printy, Tallahassee, for Appellant.

No appearance, for Appellees.